HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JEDEDIAH RICHARD CONELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEDEDIAH RICHARD CONELLY,<br><br>Defendant. | Case No.  1:12-CR-00246 LJO<br><br>REQUEST AND ORDER FOR RELEASE OF JEDEDIAH RICHARD CONELLY TO WESTCARE |

Defendant, Jedediah Richard Conelly, by and through his counsel respectfully requests that the Court permit his temporary release to a WestCare Representative on Friday, November 6, 2015, to participate in WestCare program assistance for drug and/or alcohol abuse.  U.S.P.O. Ben Blankenship has been in communication with Terry Walker, Admissions Specialist at Westcare, Inc., in Fresno, California and has arranged for Mr. Conelly's admission there on November 6, 2015.  A representative from WestCare is available to pick up Mr. Conelly from Fresno County Jail and transport him to the facility in order to begin treatment.

The reason for this request is that all parties agree that drug and alcohol treatment will be a benefit to Mr. Conelly and, through his success there, to his community. Participation in the WestCare program will ultimately be recommended as a component of his sentence.

/ / /

1    The government has no objection to this request.

2

3                                          Respectfully submitted,

4                                          HEATHER E. WILLIAMS
                                           Federal Defender
5

6    Date: November 2, 2015               /s/  Megan T. Hopkins
                                           MEGAN T. HOPKINS
7                                          Assistant Federal Defender
                                           Attorneys for Defendant
8                                          JEDEDIAH RICHARD CONELLY

9

10

11                                        ORDER

12        IT IS HEREBY ORDERED that Defendant, JEDEDIAH RICHARD CONELLY, be

13   granted temporary release to a WestCare representative from custody at the Fresno County North

14   Jail Facility in Fresno, California, on November 6, 2015.

15   **IT IS SO ORDERED**
     **Dated: November 3, 2015**
16                                          **/s/ Lawrence J. O'Neill**
                                            **United States District Judge**
17

18

19

20

21

22

23

24

25

26

27

28