HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JEDEDIAH RICHARD CONELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEDEDIAH RICHARD CONELLY,<br><br>Defendant. | Case No.  1:12-cr-0246-LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON**<br><br>Date:  December 7, 2015<br>Time:  8:30 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Duce Rice, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Jedediah Richard Conelly, that the sentencing hearing currently set for November 16, 2015 at 8:30 a.m., **may be rescheduled to December 7, 2015, at 8:30 a.m.**

This stipulation is at the request of both parties.  Mr. Conelly was transferred to the WestCare drug treatment program on November 6, 2015.  The parties agree that it is preferable for Mr. Conelly to have completed the first 30 days of the treatment program at the time of sentencing, as it is anticipated that the U.S.P.O. will be recommending 30 days of treatment as a component of his sentence.

///

///

As this is a sentencing hearing, no exclusion of time is necessary.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: November 10, 2015        /s/ *Duce Rice*
                                    DUCE RICE
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: November 10, 2015         /s/ *Megan T. Hopkins*
                                    MEGAN T. HOPKINS
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    JEDEDIAH RICHARD CONELLY

### O R D E R

For the reasons set forth above, the requested continuance is granted for good cause. The sentencing hearing currently set for November 16, 2015, is continued to December 7, 2015, at 8:30 a.m.

**IT IS SO ORDERED**
**Dated: November 12, 2015**

                                    **/s/ Lawrence J. O'Neill**
                                    **United States District Judge**