IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

Jedediah Conelly,

Case No. 1:12-cr-0246 LJO

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant Federal Public Defender hereby applies to the captioned court for the issuance of a writ of habeas corpus ☒ ad prosequendum ☐ ad testificandum ☐ in re motion pursuant to 28 U.S.C.§2255 and avers:

Jedediah Conelly, Year of Birth 08/02/1980

I. Detained by Tulare County
at California City Correctional Facility (CAC).

II. Detainee is ☒ charged in this district by ☐ indictment ☐ information ☐ complaint ☒ Petition to Revoke

or ☐ was convicted in this district of violating Title Click here to enter text. U.S.C. § Click here to enter text..

or ☐ is a witness not otherwise available by the ordinary process of the Court.

Appearance is necessary on the next available hearing date

☒ before Judge Lawrence J. O'Neill

or ☐ before the Federal Grand Jury of the U.S. Courthouse for the district,

for ☐ initial appearance. ☐ arraignment. ☐ plea. ☐ jury trial. ☐ trial. ☒ sentencing ☐ a motion pursuant to 28 U.S.C. § 2255.
☐ the purpose of giving testimony in the captioned proceeding.
☐ other purpose(s), specifically, Click here to enter text..

Mr. Conelly was scheduled for sentencing on a petition to revoke probation on January 4, 2016. Prior to his appearance on that date, Mr. Conelly was taken into custody on a pending case in Tulare County upon which the charge of a new law violation in the petition to revoke was based, and has since been sentenced to a lengthy custodial sentence.

Mr. Conelly is presently being prevented from participation in programs offered by the correctional facility due to the federal detainer which was placed on December 30, 2015. It is therefore requested that he be brought before this Court for sentencing, so that the detainer can be lifted and he may take full advantage of the programs available at the correctional facility, which will benefit Mr. Conelly individually, as well as his community upon his release.

It is also petitioned that all parties to the Writ notify counsel for said detainee, if any exist, of this request prior to any court order being issued.

Date: 6/8/2017. Name: /s *Megan T. Hopkins*

## WRIT OF HABEAS CORPUS

☒  Ad Prosequendum ☐  Ad Testificandum ☐  In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to **California City Correctional Facility** unless otherwise ordered by the Court.  All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: **Jun 9, 2017**

Magistrate Judge Stanley A. Boone