IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-cr-00246-001 LJO |
| Plaintiff, | ORDER RECALL WARRANT |
| v. | |
| JEDEDIAH CONELLY | |
| Defendant. | |

    IT IS HEREBY ORDERED that the no bail bench warrant [Doc. 29] issued on 12/21/2015 is recalled forthwith. The Defendant cured the warrant upon his appearance on October 16, 2017.

IT IS SO ORDERED.

    Dated:  __**October 17, 2017**__         _____**/s/ Lawrence J. O'Neill**_____
                                       UNITED STATES CHIEF DISTRICT JUDGE