IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00246-001 LJO |
|---|---|
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JEDEDIAH CONELLY | |
| Defendant. | |

A hearing was held on July 9, 2018.

The defendant shall be released with the same previously ordered conditions of supervised release, in addition to conditions stated on the record, incorporated herein.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

IT IS SO ORDERED.

Dated: **July 9, 2018**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE