# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:12-cr-00246-LJO** |
| **Plaintiff,** | **ORDER RE MR. JEDEDIAH CONELLY** |
| **v.** | |
| **JEDEDIAH CONELLY,** | |
| **Defendants.** | |

The Court has received the sad news of the untimely death of Jedediah Conelly. Out of respect for his efforts while on Supervised Release, coupled with his wife's request, it is HEREBY ORDERED THAT:

Mr. Conelly is released from his duties and obligations pursuant to the Supervised Release Program. He is hereby released from the justice system in its entirety and thereby leaves this earth a free man.

IT IS SO ORDERED.

Dated:  __December 11, 2018__          _____/s/ Lawrence J. O'Neill_____
                                                                    UNITED STATES CHIEF DISTRICT JUDGE